**FILED**

AUG 21 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 18 CR 512 |
| v. | ) | Violation: Title 18, United States Code, Section 228(a)(3) |
| EVAN MUSIKANTOW | ) | |

JUDGE LEINENWEBER
MAGISTRATE JUDGE GILBERT

The SPECIAL JUNE 2018 GRAND JURY charges:

During the period beginning no later than in or about 2009 to at least in or about July 2017, in the Northern District of Illinois, Eastern Division and elsewhere,

EVAN MUSIKANTOW,

defendant herein, willfully failed to pay a support obligation ordered by the State of Illinois Cook County Circuit Court with respect to children, who resided in a state, namely Illinois, other than where defendant resided, and which obligation has remained unpaid for a period longer than two years and has been at all times greater than $10,000;

In violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY