UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 18 CR 512 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| EVAN MUSIKANTOW | ) | |

**ORDER**

After consideration of the three recent violation reports submitted by United States Pretrial Services, the government's motion for an order to show cause why defendant's pretrial release conditions should not be at least modified and the arguments of the attorneys for the parties, defendant's presence being waived at the request of his attorney,

IT IS ORDERED with the agreement of defendant and the government that:

1. Defendant's conditions of pretrial release are modified to include defendant's submitting at Pretrial Services direction to evaluation for alcohol abuse. Defendant is also directed to participate in inpatient or outpatient substance abuse therapy or counseling as directed by Pretrial Services consistent with any evaluation for alcohol abuse.

2. Pretrial Services is directed to provide to the United States Marshal Service for further investigation the apparent Chicago Police Department badge obtained from defendant.

3. Defendant is directed to provide any and all other law enforcement badges or credentials or law enforcement-looking badges or credentials in his possession, custody or control to Pretrial Services by no later than 5 p.m. on December 21, 2018.

Date: December 20, 2018      _____
                              Sharon Johnson Coleman
                              United States District Court Judge